UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-82336 -CIV-HURLEY/GOODMAN

**KEVIN C. DELPECHE,**
　　petitioner,
v.

**UNITED STATES OF AMERICA,**
　　respondent.
　　　　　　　　　　　　　　　　　　　　　　/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE
AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the court upon the petitioner's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE# 1], which was previously referred to Magistrate Judge Jonathan Goodman for proposed findings and recommended disposition.

On March 17, 2011, Magistrate Judge Goodman filed a report and recommendation [DE# 13] recommending that the motion to vacate, set aside and correct sentence be denied. After the report and recommendation was initially returned by the United States Post Office as undeliverable mail, an updated address for petitioner was obtained from the Bureau of Prisons and a copy of the report and recommendation mailed to petitioner at FCI -Marianna on April 6, 2011. More than fourteen days have elapsed since that time, with noobjections to the report and recommendation submitted by petitioner.

Following careful review, the court finds the Magistrate Judge's findings and recommendations to be sound and well reasoned, and accordingly approves and adopts them here in full.

It is accordingly **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Goodman's March 17, 2011 Report and Recommendation [DE # 13] is hereby **APPROVED AND ADOPTED** in full.

2. The petitioner's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE # 1] is **DENIED.**

3. The Clerk of Court is directed to enter this case as **CLOSED** and declare all pending motions **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of May, 2011.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Kevin Delpeche, *pro se*
Reg. No. 73109-004
Marianna Federal Correctional Institution
PO Box 7007
Marianna, FL 32447

Robert H. Waters, Jr., AUSA
Anne Ruth Schultz, AUSA